plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*S. John Block* and *Vine H. Smith* for appellant.

*William Townsend* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

BERTHA A. NAHE, Individually and as Administratrix with the Will Annexed of the Estate of LOUISE E. NAHE, Deceased, Respondent, *v.* HENRY J. BAUER et al., Defendants, and CLARK D. RHINEHART, Appellant.

*Nahe* v. *Bauer*, 151 App. Div. 922, affirmed.
(Argued March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Edward M. Grout* and *F. Sidney Williams* for appellant.

*Edward G. Nelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

JESSE H. LEONARD, Appellant, *v.* CAROLINE HARRIS, Respondent.

*Leonard* v. *Harris*, 147 App. Div. 458, affirmed.
(Argued March 26, 1914; decided April 14, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial

department, entered November 17, 1911, upon an order reversing a judgment of the Albany County Court which affirmed a judgment of the City Court of Albany in favor of plaintiff in an action of replevin.

*Richard O. Bassett* for appellant.

*A. Page Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

FRANK MARX, Respondent, *v.* ONTARIO BEACH HOTEL AND AMUSEMENT COMPANY, Appellant.

*Marx v. Ontario Beach Hotel & Amusement Co.*, 153 App. Div. 935, reversed.
(Argued March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages arising from loss of services and companionship by reason of personal injuries sustained by plaintiff's wife through the alleged negligence of defendant.

*William De Graff* for appellant.

*Arthur G. Dutcher* for respondent.

Judgment reversed and new trial granted, costs to abide event, on opinion in case of *Marx v. Ontario Beach & Amusement Co.* (211 N. Y. 33), decided herewith.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: CARDOZO, J.